Date: 12/30/09      **DIVIDENDS REMITTED TO THE COURT**      A #149641    Page:

*pmc*

Case Number 08-14718 - LAWSON, DARRYL D

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Asset Acceptance Llc<br>Po Box 2036<br>Warren, MI 48090 | 000004-2 | 96.91 | 3.60 | ck104 |
| Windstream Communications<br>Financial Services/Bankruptcy<br>1720 Galleria Blvd<br>Charlotte, NC 28270<br>  (13-1) (440) 428-4909    LISA GARNER<br>  (79.31) | 000013 | 79.31 | 2.95 | ck112 |

---------- Remittance Total ---------------      176.22      6.55

*[signature]*

MARVIN A. SICHERMAN, Trustee

COURT1      Printed: 12/30/09 01:09 PM   Ver: 15.05a

08-14718-pmc    Doc 41    FILED 01/11/10    ENTERED 01/11/10 14:14:36    Page 1 of 1